**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF AUGUST 26, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------

| | |
|---|---|
| WD76179 | Wayland D. Morrow vs. State of Missouri |
| WD76755 | Allen W. Hause vs. State of Missouri |
| WD77054 | Anthony Fattig vs. State of Missouri |
| WD77061 | State of Missouri, ex rel, Chris Koster, Missouri Attorney General vs. Lewis Watkins |
| WD77162 | John C. Duvall vs. Michael P. Wilson, et ux |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------

| | |
|---|---|
| WD76700 | State of Missouri vs. Brandon Marquies Chase |
| WD76749 | State of Missouri vs. Dennis Lee Vargas |